SWOPE, Appellant v. SWOPE, Respondent

(117 N.W.2d 557)

(File No. 10001.  Opinion filed October 24, 1962)

**Ora A. Swope,** pro se.

**Paul F. Burke,** Miller, for Defendant and Respondent.

PER CURIAM.  The appeal in the above matter was perfected Feb. 8, 1962.  Time for settlement of the record was extended to April 20, 1962.  More than forty days has elapsed since that date and the record is still not settled.  By virtue of SDC 1960 Supp. 33.0741 the appeal is deemed abandoned.

Our order will be that the appeal be dismissed and the judgment of the trial court affirmed.